IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PEGGY BOUCHER,
Individually, and as the
Administratrix of the Estate
of Sean Bohinski,

    Plaintiff,

        3:19-CV-2106
        (JUDGE MARIANI)

v.

AARON LUPACCHINI,

    Defendant.

## ORDER

AND NOW, THIS 31st DAY OF OCTOBER 2024, upon consideration of Defendant's motion for summary judgment, (Doc. 69), Plaintiff's motion for partial summary judgment, (Doc. 76), and the parties' submissions, it is **HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment, (Doc. 69), is **DENIED**.

2. Plaintiff's motion for partial summary judgment, (Doc. 76), is **DENIED**.

Robert D. Mariani
United States District Judge